IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>CLIMATE INDUSTRIAL ENGINEERING, INC.,<br><br>　　　　Defendant.<br>_____ | No. C 04-0231 SBA<br><br>**ORDER**<br><br>[Docket Nos. 40, 41] |

　　　IT IS HEREBY ORDERED that Plaintiffs' Opposition to Claim of Exemption [Docket Nos. 40, 41] be referred to a Magistrate Judge for a report and recommendation.

　　　IT IS FURTHER ORDERED THAT the June 21, 2005 hearing on Plaintiffs' Opposition to Claim of Exemption is VACATED.

　　　IT IS SO ORDERED.

Dated: 5-9-05　　　　　　　　　　　　　　　　　/s/ Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge