```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET   )   NO. C 04 0231 SBA (WDB)
   METAL WORKERS, et al.,           )
12                                  )
                    Plaintiffs,     )   CORRECTED XXXXXXXX
13                                  )   ORDER OF EXAMINATION
          vs.                       )
14                                  )
   CLIMATE INDUSTRIAL INC, et. al., )
15                                  )
                    Defendant.      )
16 _____)

17 To:  Climate Industrial Inc., Judgment Debtor
        P.O. Box 4753
18      Hayward, CA 94540

19         You the above named judgment debtor ARE HEREBY ORDERED to

20 appear personally on December 12, 2005 at 9:00 a.m. at 1301 Clay

21 Street, Oakland, CA, Conference Room 4, before the Magistrate Judge

22 Wayne D. Brazil then and there to be examined on oath concerning your

23 property or other matters material to the proceedings.

24         You are ordered to bring with you the following documents:

25         1.   The corporation's bylaws, share register and minute

26 book;

27         2. Title documents to all equipment and vehicles of debtor;

28         3. All lists and schedules of rented, leased and owned
```

CORRECTED PROPOSED ORDER OF EXAMINATION          1

1   equipment of debtor;

2           4.  Copies of all real property and personal property leases

3   wherein debtor is a party;

4           5.   Copies of all tax bills, deeds, contracts, deeds of

5   trust or deposit receipts relating to all real and personal property

6   in which any interest is held;

7           6.   Annual Financial Statements for the 2004 and 2005 and

8   all monthly financial statements for the same period;

9           7.  Federal tax returns for the last three years;

10          8.  All bank statements, deposit slips and canceled checks

11  for all accounts for 2004 and 2005;

12          9.  The last tax return filed with the Franchise Tax Board;

13          10.  Copies of all purchase orders, change orders accepted

14  bids, and contracts which relate in any way to work performed by

15  debtor during the period from January 1, 2004 to date;

16          11.  All accounts receivable lists generated by the Company

17  from 2004 and 2005 to date;

18          12.   Cash Disbursement Journals for 2004 and 2005;

19          13.  All documents related to any loans to debtor or by

20  debtor by any present or former shareholders, officers or employees

21  of debtor;

22          14.  All documents related to any completed, pending or

23  failed sale of substantially all corporate assets during the last

24  three years.

25          15.  All personal guarantees made by any officer, agent or

26  shareholder for the benefit of debtor.

27          NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE

28  TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

CORRECTED PROPOSED ORDER OF EXAMINATION                    2

1  AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

2  REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

3  JUDGMENT CREDITOR IN THIS PROCEEDING.

4  Dated: <u>11-14-05</u>

5  _____

6  Magistrate J. Wayne D. Brazil

7



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28