ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL ) NO. C 04 0231 SBA (WDB)
WORKERS, et al., )
) ORDER TO CONTINUE ORDER
Plaintiffs, ) OF EXAMINATION
)
vs. )
)
CLIMATE INDUSTRIAL INC, et al. )
)
Defendant. )
_____)

IT IS ORDERED that the Judgment Debtor Exam ~~Case Management Conference~~ in this case set for December 12, 2005 be continued to January 23, 2006 at 9:00 a.m. in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 12-6-05

_____
Magistrate Judge Wayne D. Brazil

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

ORDER TO CONTINUE ORDER OF EXAMINATION